1

2

3

4

5

6

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

7

8

9

10

11

12

| | |
|---|---|
| TRUMAN CAPITAL HOLDINGS LLC, | CASE NO. 2:24-cv-01425-JNW |
| Plaintiff, | ORDER STAYING REMAND OF CASE |
| v. | |
| MARTA D. LYALL, | |
| Defendant. | |

13

14

15

16

17

18

MARTA D. LYALL,

              Plaintiff,

     v.

MITCHELL SAMBERG; DOOJIN
CHUNG; TRUMAN TRUST, LLC, LES
ZIEVE; DOES 1-6,

              Defendants.

19

20

21

22

23

      This matter comes before the Court sua sponte. The Court recently remanded this case for lack of subject-matter jurisdiction. *See* Dkt. Nos. 9–10. Subsequently, Lyall petitioned the Ninth Circuit Court of Appeals for permission to appeal the Court's ruling. *See* Dkt. Nos. 11–13. Accordingly, the Court's order of remand and

corresponding judgment, Dkt. Nos. 9–10, are STAYED pending resolution of Lyall's petition.

The Court further DIRECTS the Clerk of the Court to send copies of this Order to the Parties.

Dated this 7th day of October, 2024.

Jamal N. Whitehead
United States District Judge

ORDER STAYING REMAND OF CASE - 2